

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:

Opinion No. O-4432
Re: Payment of claims for school
year 1940-1941 from Rural Aid
Appropriation for present bi-
ennium.

We have received your letter of February 13, 1942,
which we quote in part as follows:

". . .

"'During the school year 1940-41, Mr.
Doyle was in the armed service of his country.
The duties of his office were being carried
on by assistants. Due to the inexperience of
the people looking after the duties of his of-
fice two rural schools which were eligible to
receive rural aid did not establish eligibility
because the rural aid applications were incom-
plete. However, the districts established their
eligibility for the money after the funds were
exhausted.

"'Question: Is it possible to pay the
claims of the school districts referred to above
from funds appropriated in the Equalization Law
for the year 1941-42?'"

We are of the opinion that the answer to your
question is in the negative. Like any other appropriation
bill, the Rural Aid Appropriation Bill is for a period of
two years, and the establishment of eligibility and re-
ceipt of funds thereunder must come within the terms and

conditions of the bill.

The purpose of the rural aid bill is to aid the school districts coming within its terms for the period of time covered by the bill. In Section 13 of the Rural Aid Bill for the biennium beginning September 1, 1939, and ending August 31, 1941, (Acts 1939, 46th Leg., R.S. H.B. 933) the following language is found:

"All aid granted out of the funds provided shall be alloted only on the basis of need based upon an approved budget of each district asking for any form of aid, except as otherwise provided in this Act. All applications for aid authorized herein shall be on file with the State Department of Education not later than October 1 of each year of the biennium, and any school not filing such application before such date of each year shall not be eligible for aid for the current year and shall not be considered or approved for the type of aid applied for."

A similar provision is found in the bill for the current biennium. (Acts 1941, 47th Leg., R.S., H.B. 284).

An examination of the current Rural Aid Appropriation Bill fails to disclose any provision for the payment of claims of a previous scholastic year. You are, therefore, advised that claims for the scholastic year 1940-1941 may not be paid from the funds appropriated for the biennium beginning September 1, 1941, and ending August 31, 1943.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By George W. Sparks
George W. Sparks
Assistant

MAR 1942

GWS:LM


APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN